FILED: **10/18/16**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | NO. 9:16CR 25 |
| JONATHAN SELF § | Judge Clark |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

(Violation: 18 U.S.C. 656, Theft, embezzlement, or misapplication by bank officer or employee)

From sometime on or about March 1, 2013 until June 5, 2015, in the Eastern District of Texas, **Jonathan Self**, defendant, being an employee of Texas Bank and Trust, whose deposits were insured by the FDIC, with intent to injure or defraud Texas Bank and Trust, willfully misapplied, or embezzled, abstracted, or purloined the sum of approximately $30,025.00 of the moneys, funds, assets, or securities intrusted to the custody and care of Texas Bank and Trust.

All violation of 18 U.S.C. § 656.

BRIT FEATHERSON
ACTING UNITED STATES ATTORNEY

Lauren Gaston
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 9:16CR___ |
| JONATHAN SELF | § | Judge Clark |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 656

Penalty:   Imprisonment of not more than 30 years, a fine of not more than $1,000,000.00, (or twice the pecuniary gain to the defendant or loss to the victim) or both, and a term of supervised release of not more than 5 years.

Special Assessment:   $100.00